**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-02185-WYD

U.S.A. DAWGS, INC.,

      Plaintiff,

v.

CROCS, INC.,

      Defendant.

---

**NOTICE OF RELATED CASE**

---

Pursuant to D.C.COLO.LCivR 3.2, Plaintiff U.S.A. Dawgs, Inc., hereby gives notice to the Court of the following case related to the above-captioned action:  *Crocs, Inc. v. Cheng's Enterprises, Inc., et al.,* United States District Court for the District of Colorado, Civil Action No. 06-cv-00605-PAB-KMT (consolidated with Civil Action No. 12-cv-02096-PAB-KMT), which was filed on April 3, 2006.

Respectfully submitted:  October 9, 2015.

Lewis Roca Rothgerber LLP

*s/ Darren J. Lemieux*
Darren J. Lemieux, Esq.
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5835
Tel.:    303.628.9670
Fax:    303.623.9222
Email:   DLemieux@LRRLaw.com

*Attorneys for Plaintiff U.S.A. Dawgs, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2015, a true and correct copy of the foregoing **NOTICE OF RELATED CASE** was filed via the CM/ECF System and was served upon the following:

Paul W. Rodney
Arnold & Porter, LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
Telephone: 303.863.1000
Facsimile: 303.832-0428
Email: Paul.Rodney@aporter.com

Michael G. Martin
Hamil Martin LLC
140 East 19th Avenue, Suite 600
Denver, CO 80203
Telephone: 303.830.1057
Facsimile: 303.830.1057
Email: mmartin@hamilmartin.com

Michael Anthony Berta
Arnold & Porter, LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400
Email: Michael.berta@aporter.com

*s/ Darren J. Lemieux*
Darren J. Lemieux, Esq.